IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

MAR 16 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 1:17-CR-55 |
| v. | ) | |
| | ) | Count 1- 18 U.S.C. § 1116(a), (c) |
| ZIA ZAFAR, | ) | Attempted Murder of an |
| | ) | Internationally |
| Defendant. | ) | Protected Person |
| | ) | |
| | ) | Count 2- 18 U.S.C. § 924(c) |
| | ) | Using, Carrying, |
| | ) | Brandishing, and |
| | ) | Discharging a Firearm |
| | ) | During and in Relation |
| | ) | to a Crime of Violence |

## INDICTMENT

MARCH 2017 TERM – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT 1

(Attempted First Degree Murder of an Internationally Protected Person)

On or about January 6, 2017, in Guadalajara, Mexico, a location outside the territory of the United States, but within the extraterritorial jurisdiction of the United States, and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the Eastern District of Virginia, the defendant, ZIA ZAFAR, a United States citizen, did unlawfully attempt to commit murder, as defined in Title 18, United States Code, Section 1111(a), by attempting to kill Vice Consul Christopher Nolan Ashcraft, an employee of the United States and an internationally protected person, with malice aforethought, willfully, deliberately, maliciously, and with premeditation.

(In violation of Title 18, United States Code, Section 1116(a), (c).)

## COUNT 2

(Using, Carrying, Brandishing, and Discharging a Firearm
During and in Relation to a Crime of Violence)

On or about January 6, 2017, in Guadalajara, Mexico, a location outside the territory of the United States, but within the extraterritorial jurisdiction of the United States, and pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the Eastern District of Virginia, the defendant, ZIA ZAFAR, a United States citizen, did knowingly and intentionally use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, as defined in Title 18, United States Code, Section 924(c)(3)(A), that is, in connection with the crime of attempted murder of an internationally protected person, as alleged in Count One of this Indictment, an offense for which he may be prosecuted in a court of the United States.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

A TRUE BILL
Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office
_____
Foreperson

Dana J. Boente
United States Attorney

By: _____
William M. Sloan
Assistant United States Attorney

Kenneth A. Blanco
Acting Assistant Attorney General
United States Department of Justice
Criminal Division

By: _____
Jamie B. Perry
Trial Attorney
Human Rights and Special Prosecutions
Section